IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 3:18-cr-00046-CAR-CHW-11 |
| ASHLEY DAVIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON DEFENDANT'S MOTION TO CORRECT NAME SPELLING

Currently before the Court is *pro se* Defendant Ashley Davis's Motion seeking the Court to correct the spelling of her first name from "Ashley" to "Ashly" "on [her] case" [Doc. 488]. The Court denied Defendant's previous motion to correct this spelling error because she submitted no documents showing her first name is spelled "Ashly."[1] Defendant attached a copy of her driver's license and birth certificate to her current motion.[2] Both show her first name is spelled "Ashly."[3] Accordingly, the Court **GRANTS** Defendant's Motion to correct the spelling of her first name [Doc. 488]. Defendant's name shall now appear as "ASHLY DAVIS" in the case caption. From this point forward, Defendant's name will be spelled as "ASHLY DAVIS" in this case.

---

[1] *See* Order, Doc. 480; *see also* Mot. Correct Spelling, Doc. 430.
[2] Doc. 488.
[3] *Id.*

1

**SO ORDERED,** this 27th day of April, 2026.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT